**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION**

RUDOLPH AND ME, INC.,

    Plaintiff,

v.                                                               Case No: 8:14-cv-589-T-30TGW

APPLERED ACCENTS INC. and
TERRY HURLESS,

    Defendants.

_____

**ORDER OF DISMISSAL**

Before the Court are the Plaintiff's Dismissal of Complaint as to Defendant Applered Accents Inc. Without Prejudice (Dkt. #15) and Plaintiff's Amended Dismissal of Complaint as to Defendant Terry Hurless With Prejudice (Dkt. #16).  Upon review and consideration, it is

    **ORDERED AND ADJUDGED** as follows:

    1.    This cause is dismissed.

    2.    All pending motions are denied as moot.

    3.    The Clerk is directed to close this case.

    **DONE** and **ORDERED** in Tampa, Florida, this 11th day of September, 2014.

                                        _____
                                        JAMES S. MOODY, JR.
                                        UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record

F:\Docs\2014\14-cv-589 dismissal 15 and 16.docx